UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bobby Poke, Sr.,                                                Civ. No. 06-0005 (PAM/JSM)

                Petitioner,

v.                                                                                             **ORDER**

R.L. Morrison, et al.,

                Respondents.

This matter is before the Court on Petitioner's Motion for Clarification or Contempt. Based on submissions of the parties, the Court is satisfied that the Bureau of Prisons considered the factors set forth in 18 U.S.C. § 3621(b) when making an individualized assessment to determine the appropriateness of assigning Petitioner to a residential reentry center. Moreover, Petitioner has not pursued his grievance with the assessment through the administrative remedy program. Accordingly, **IT IS HEREBY ORDERED** that Petitioner's Motion for Clarification or Contempt (Docket No. 15) is **DENIED**.

Dated: August 1, 2006

                                                                      s/ Paul A. Magnuson
                                                                      Paul A. Magnuson
                                                                      United States District Court Judge